ANNA WILSON, Respondent, v. FISHKILL ELECTRIC RAILWAY COM-
PANY, Appellant.— Motion for leave to appeal to the Court of Appeals
denied, without costs. Present — Jenks, P. J., Thomas, Mills and Put-
nam, JJ.

LEON BRESSLIN, Respondent, v. JEWISH PRESS PUBLISHING COM-
PANY, Appellant. — This case having been submitted to the jury on a
charge to which there was no exception, and the jury having found for
the defendant, we are not disposed to set the verdict aside; therefore, the
order is reversed, without costs, and the verdict reinstated, without costs.
Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ., concurred.

JAY C. COFFEY, Respondent, v. MARY COFFEY, as Executrix, etc., of
PATRICK COFFEY, Deceased, Appellant.— Under section 231 of the Code
of Civil Procedure, the case is sent to the First Department of this court.
Jenks, P. J., Stapleton, Mills and Rich, JJ., concurred; Carr, J., not
voting.

CROWN LANDS CORPORATION OF STATEN ISLAND, Appellant, v. ANNA
A. MCKEON and Others, Defendants, and CORNELIUS J. BUSHNELL,
Respondent. (Appeal No. 1.) — Order affirmed, with ten dollars costs and
disbursements to respondent on this appeal. No opinion. Thomas,
Stapleton, Rich and Putnam, JJ., concurred.

CROWN LANDS CORPORATION OF STATEN ISLAND, Appellant, v. ANNA
A. MCKEON and Others, Defendants, and AMERICAN TITLE AND TRUST
COMPANY, Respondent. (Appeal No. 2.) — Order affirmed, with ten dol-
lars costs and disbursements to respondent on this appeal. No opinion.
Thomas, Stapleton, Rich and Putnam, JJ., concurred.

EMMA J. DELAMATER, Respondent, v. SAKS & COMPANY, Appellant.—
Judgment and order unanimously affirmed, with costs. No opinion.
Present — Thomas, Carr, Stapleton, Mills and Rich, JJ.

MILTON L. FLEMING, Respondent, v. WILLIAM M. BARRETT, as Presi-
dent of the ADAMS EXPRESS COMPANY, Appellant.— Judgment affirmed,
with costs. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and
Putnam, JJ., concurred.

MARY J. FLYNN, Appellant, v. BERNARD J. YORK, Respondent.—
Judgment unanimously affirmed, with costs, upon the ground that
defendant was not obliged to light the hall for the purpose for which
plaintiff was appropriating it at the time of the injury, that is, for inter-
communication between the rooms of her apartment, and that it was neg-
ligent for her to attempt to walk through it in the dark for the purpose of
going from one room in her apartment to another room therein. Present
— Thomas, Carr, Stapleton, Mills and Rich, JJ.

MARY A. FRANCIS, Respondent, v. FRANK STEADMAN, Appellant.—
Judgment and order reversed and new trial granted, costs to abide the
event, upon the ground that under the evidence and the law, as declared
in the charge and properly so, the plaintiff was entitled to a verdict for
$113, if any, and that, therefore, the verdict in plaintiff's favor for $50
must have been the result of an illogical and improper compromise on the
part of the jury. Jenks, P. J., Thomas, Mills and Putnam, JJ., concurred;
Carr, J., not voting.